IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3173 |
| v. | ) | |
| JOHN S. CISNEROS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion, filing no. 28, is granted and filing no. 29 shall be maintained as a sealed document.

DATED this 16th day of January, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge