```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3173 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN S. CISNEROS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon consideration of the defendant's motion to amend conditions of release, filing no. 27,

IT IS ORDERED:

The motion for modification of conditions of release is denied subject to the following.

The motion may be renewed at such as Priscilla Huff:

1. (a) has been admitted to participate in drug court or

   (b) has begun an intensive treatment program, and

2. can document that she has tested clear of drugs for three consecutive weeks.

DATED this 16th day of January, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge