IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3173 |
| v. | ) | |
| JOHN S. CISNEROS, | ) | |
| Defendant. | ) | MEMORANDUM AND ORDER |

A hearing was held before me April 3, 2009 on allegations made in the petition for action on conditions of pretrial release. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of the petition are true.

Regarding disposition, the government sought detention. The defendant urged a placement in the Second Chance Halfway House. Upon consideration of the matter, I conclude that detention is appropriate. Accordingly,

IT THEREFORE HEREBY IS ORDERED:

1. The previous order releasing the defendant on conditions, filing 25, as amended, is revoked. Defendant shall be detained until further order.

DATED April 3, 2009

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge