IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3173 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN S. CISNEROS, | ) | ORDER ON MOTION TO RESTRICT |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the Motion to Restrict, filing 106, is granted.

Dated September 20, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge